# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1631

IN THE INTEREST OF  C.H.

**FEBRUARY 1, 2022**

---

In Re:    C.H., applying for supervisory writs, 22nd Judicial
          District Court, Parish of Washington, No. J-18-83.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY LIFTED. WRIT DENIED.** The transcript of the December 2, 2021 proceeding reflects that the parties stipulated that all of the medical providers that provided reports to the district court would testify in accord with their reports. The writ application includes reports from the competency commission, which contain conflicting opinions as to the juvenile's competency to proceed. In view of this fact, the district court did not abuse its discretion by finding that the juvenile's competency has been restored.

GH

**Chutz, J.,** concurs.

**Guidry, J.,** dissents in part and would grant the writ application. I would remand this matter to the district court to order another mental examination by a competency commission. The writ application contains reports from medical professionals that indicate the juvenile suffers from ADHD, autism spectrum disorder by history, unspecified anxiety disorder, and unspecified learning disorder. Further, the partial record before this court includes a letter dated November 3, 2021 from the competency restoration provider wherein she opines that the juvenile "is unlikely to be restored in the foreseeable future using this competency restoration education program." While the transcript of the December 2, 2021 proceeding reflects that the parties stipulated that all of the medical providers that provided reports to the district court would testify in accord with their reports, the reports prepared by the competency commission were prepared over a year ago.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT